1

2

3

4

5

6

7

8                        **IN THE UNITED STATES DISTRICT COURT**

9                      **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   JOSEPH BECKER,                            No. 2:12-CV-3040-CMK-P

12                 Plaintiff,

13          vs.                                ORDER

14   K. FANG, et al.,

15                 Defendants.

16   _____/

17          Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42

18   U.S.C. § 1983.  Pending before the court is plaintiff's motion for temporary restraining order

19   and/or injunctive relief  (Doc. 2).  By separate order, the court has found plaintiff's complaint

20   appropriate for service, and has set forth the steps necessary to proceed with service.  Plaintiff

21   alleges in his complaint and motion that he was removed from the enhanced outpatient program

22   (EOP) resulting in his decompensating and possible suicide.  He claims the decision to remove

23   him from EOP status was done without regards to his medical needs, including his history of

24   suicide ideation and attempts, and was made deliberately with the knowledge that he will

25   decompensate and be exposed to the risk of suicide.  He seeks an order from the court enjoining

26   defendants from removing him from EOP status.

1

1    Given the severity of plaintiff's allegations, the court has determined that a

2  response is necessary prior to the formal completion of service.

3    Accordingly, IT IS HEREBY ORDERED that:

4    1.    The defendants have fourteen (14) days to respond to plaintiff's motion for

5  a temporary restraining order;

6    2.    The Clerk of the Court is directed to serve a copy of the original complaint

7  (Doc. 1), the motion for temporary restraining order (Doc. 2), and a copy of this order upon

8  Monica Anderson, Supervising Deputy Attorney General; and

9    3.    The Clerk of the Court is directed to mail a copy of the original complaint

10  (Doc. 1), the motion for temporary restraining order (Doc. 2), and a copy of this order to the

11  litigation coordinator at Mule Creek State Prison.

12

13   DATED:  January 7, 2013

14

15                                             _____
                                               **CRAIG M. KELLISON**
                                               UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26