IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BECKER, | No. 2:12-CV-3040-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| K. FANG, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for temporary restraining order and/or injunctive relief  (Doc. 2).  By separate order, the court has found plaintiff's complaint appropriate for service, and has set forth the steps necessary to proceed with service.  Plaintiff alleges in his complaint and motion that he was removed from the enhanced outpatient program (EOP) resulting in his decompensating and possible suicide.  He claims the decision to remove him from EOP status was done without regards to his medical needs, including his history of suicide ideation and attempts, and was made deliberately with the knowledge that he will decompensate and be exposed to the risk of suicide.  He seeks an order from the court enjoining defendants from removing him from EOP status.

1

Given the severity of plaintiff's allegations, the court has determined that a response is necessary prior to the formal completion of service.

Accordingly, IT IS HEREBY ORDERED that:

1. The defendants have fourteen (14) days to respond to plaintiff's motion for a temporary restraining order;

2. The Clerk of the Court is directed to serve a copy of the original complaint (Doc. 1), the motion for temporary restraining order (Doc. 2), and a copy of this order upon Monica Anderson, Supervising Deputy Attorney General; and

3. The Clerk of the Court is directed to mail a copy of the original complaint (Doc. 1), the motion for temporary restraining order (Doc. 2), and a copy of this order to the litigation coordinator at Mule Creek State Prison.

DATED: January 7, 2013

　　　　　　　　　　　　　　　　　　　　　　　　
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE