IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BECKER, | No. 2:12-CV-3040-CMK-P |
|     Plaintiff, | |
|   vs. | ORDER |
| K. FANG, et al., | |
|     Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff requests leave to proceed in forma pauperis and has submitted the affidavit required by 28 U.S.C. § 1915(a). Plaintiff's application does not, however, include a certified copy of his trust account statement as required by the statute. The copy included in his application is a non-certified copy. Based on plaintiff's declaration, which indicates he has requested but not received the certified copy, and his motion for a temporary restraining order, the court will accept the application in order to proceed with service. However, plaintiff will be required to make another attempt to obtain a certified copy of his trust account statement. If he is again unsuccessful, he must file a declaration with the court saying so, and explaining to the court the steps he took in his attempts to obtain one. In addition, he shall provide the name of the

1

1 individual in the Mule Creek Prison Trust Office responsible for delaying or ignoring plaintiff's
2 request(s).

4     To:    The California Department of Corrections and Rehabilitation
5               1515 S Street, Sacramento, California 95814:

6     Plaintiff is obligated to pay the full statutory filing fee of $350.00 for this action.
7 In addition to any initial partial filing fee required to be assessed, plaintiff will be obligated to
8 make monthly payments in the amount of twenty percent of the preceding month's income
9 credited to plaintiff's inmate trust account.  The agency referenced above is required to send to
10 the Clerk of the Court the initial partial filing fee and thereafter payments from plaintiff's inmate
11 trust account each time the amount in the account exceeds $10.00, until the statutory filing fee of
12 $350.00 is paid in full.  See 28 U.S.C. § 1915(b)(2).

13     Accordingly, IT IS HEREBY ORDERED that:

14     1.    Plaintiff's motion for leave to proceed in forma pauperis (Doc. 3) is
15 granted, but plaintiff must, within 30 days, submit a certified copy of his trust account statement
16 for the six-month period preceding the filing of the complaint, or a declaration as described
17 above;

18     2.    Plaintiff is required to pay the full statutory filing fee of $350.00 for this
19 action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

20     3.    The director of the agency referenced above, or a designee, shall collect
21 from plaintiff's inmate trust account an initial partial filing fee in accordance with the provisions
22 of 28 U.S.C. § 1915(b)(1) and shall forward the amount to the Clerk of the Court, such payment
23 to be clearly identified by the name and number assigned to this action;

24     4.    Thereafter, the director of the agency referenced above, or a designee, shall
25 collect from plaintiff's inmate trust account the balance of the filing fee by collecting monthly
26 payments from plaintiff's inmate trust account in an amount equal to twenty percent (20%) of the

preceding month's income credited to plaintiff's inmate trust account and forwarding payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2), until the $350.00 filing fee for this action has been paid in full, such payments to be clearly identified by the name and number assigned to this action;

      5. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's signed in forma pauperis affidavit to the address shown above; and

      6. The Clerk of the Court is further directed to serve a copy of this order on the Financial Department of the court.

DATED: January 7, 2013

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE