IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BECKER, | No. 2:12-CV-3040-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| K. FANG, et al., | |
| Defendants. | |
| _____ / | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for temporary restraining order and/or injunctive relief  (Doc. 2). On January 8, 2013, the court ordered the defendants to respond to plaintiff's motion.  That response has been received by the court and served on plaintiff.  Plaintiff has also filed a notice that he wishes time to reply to the defendants' response.  That request is granted.  Plaintiff may file a reply within 14 days of the date of this order.

In addition, plaintiff filed a request for leave to proceed in forma pauperis and submitted an affidavit as required by 28 U.S.C. § 1915(a).  This request was granted on January 8, 2013, but plaintiff was required to provide the court with a certified copy of his trust account statement as required by the statute.  Plaintiff has met this requirement, and filed a new

1

application (Doc. 15). As plaintiff has met the requirements, his status is confirmed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff may file a reply to the response to his motion for temporary restraining order within 14 days of the date of this order; and

2. Plaintiff's motion for leave to proceed in forma pauperis (Doc. 15) is granted, and his in forma pauperis status is confirmed.

DATED: February 5, 2013

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2