1

2

3

4                      **IN THE UNITED STATES DISTRICT COURT**

5                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

6

7    JOSEPH BECKER,                          No. 2:12-CV-3040-CMK-P

8             Plaintiff,

9        vs.                                 <u>ORDER</u>

10   K. FANG, et al.,

11            Defendants.

12   _____/

13          Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

14   42 U.S.C. § 1983.  Pursuant to Eastern District of California Local Rules, this case was not

15   assigned to a District Judge when the case was filed.  All parties have not consented to

16   Magistrate Judge jurisdiction and the court now finds that assignment of a District Judge is

17   necessary to properly address the case.

18          Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to

19   randomly assign a District Judge to this case and to update the docket to reflect the new case

20   number.

21

22    DATED:  July 24, 2013

23                                           _____
                                             **CRAIG M. KELLISON**
24                                           UNITED STATES MAGISTRATE JUDGE

25

26

                                              1