# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH BECKER,　　　　　　　　　　　　　　No. 2:12-cv-3040-KJM-CMK-P

    Plaintiff,

  vs.　　　　　　　　　　　　　　　　　　　ORDER

K. FANG, et al.,

    Defendants.

_____/

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On February 6, 2015, the court directed plaintiff to file a status report within 30 days. Plaintiff was warned that failure to file a status report may result in the imposition of appropriate sanctions, including dismissal of the action. See Local Rule 110. To date, plaintiff has not complied.

       Plaintiff shall therefore show cause in writing, within 30 days of the date of this order, why this action should not be dismissed for failure to submit the status report as ordered. Submission of the status report, wherein plaintiff addresses the status of this case and his readiness to proceed to trial as previously ordered, will be sufficient cause. Plaintiff is again warned that failure to respond to this order may result in dismissal of the action for the reasons

outlined above, as well as for failure to prosecute and comply with court rules and orders.  See id.

      IT IS SO ORDERED.


DATED: April 30, 2015

                                                        _____
                                                        **CRAIG M. KELLISON**
                                                        UNITED STATES MAGISTRATE JUDGE